# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 14, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161835(69)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

THERESA MARIE GAFKEN,
        Defendant-Appellant.

_____/

SC: 161835
COA: 345954
St. Clair CC: 18-001241-FC

        On order of the Chief Justice, the motion of defendant-appellant to exceed the page limitation for her application for leave to appeal is GRANTED. The 61-page application submitted on August 11, 2020, is accepted for filing.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 14, 2020



Clerk